

1100754366

**COMPLAINT/ARREST AFFIDAVIT**

COMPLAINT/ARREST AFFIDAVIT - COURT COPY

| OBTS NUMBER | ARMED FORCES | BWC | | POLICE CASE NO. |
|---|---|---|---|---|
| 1302372842 | NO | YES | | 2407050046035 |

| SPECIAL OPERATION | [X] FELONY  [X] MISD  [ ] TRAFFIC<br>[ ] WARRANT | [ ] JUV  [ ] DV  [ ] MOVES  [ ] CIV INF<br>FUGITIVE WARRANT: [ ] In State  [ ] Out State | JAIL NO.<br>240145793 | PMHD<br>UNK | COURT CASE NO.<br>F24014059 |
|---|---|---|---|---|---|

| IDS NO.<br>2834284 | AGENCY CODE<br>001 | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS AND ID NO.<br>1116983 | STUDENT ID NO. | GANG RELATED<br>NO | FRAUD RELATED<br>NO |
|---|---|---|---|---|---|---|

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE)<br>M██████ , S██ | ALIAS and / or STREET NAME | SIGNAL<br>200 |
|---|---|---|

| DOB (MM/DD/YYYY)<br>██/1997 | AGE<br>27 | RACE<br>W | SEX<br>M | HISPANIC ETHNICITY: **YES HIS** | HEIGHT<br>5'10 | WEIGHT<br>130 | HAIR COLOR<br>BLK | HAIR LENGTH<br>ATE | HAIR STYLE<br>LOW | EYES<br>BRO | GLASSES<br>NO | FACIAL HAIR<br>MUS | TEETH<br>NOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description) | PLACE OF BIRTH (City, State/Country)<br>MIAMI FL US |
|---|---|

| LOCAL ADDRESS | | PHONE | CITIZENSHIP<br>US |
|---|---|---|---|

| PERMANENT ADDRESS (Street, Apt. Number)<br>███████ | (City)<br>MIAMI | (State)<br>FL | (Country)<br>US | (Zip)<br>33125 | PHONE | OCCUPATION |
|---|---|---|---|---|---|---|

| SCHOOL OR BUSINESS ADDRESS (Street, Apt. Number) | (City) | (State) | (Country) | (Zip) | PHONE | ADDRESS SOURCE<br>CORRECTION |
|---|---|---|---|---|---|---|

| DRIVER'S LICENSE NUMBER/STATE<br>FL-M534780970840 | SOCIAL SECURITY NO.<br>████-9751 | WEAPON SEIZED<br>NO | Defendant/CONCEALED WEAPON PERMIT<br>NONE | INDICATION OF<br>Alcohol Influence: N<br>Drug Influence: U |
|---|---|---|---|---|

| ARREST DATE<br>07/05/2024 | ARREST TIME<br>15:07 | ARREST LOCATION<br>959 SW 4TH ST MIAMI, FL 33130 | GRID<br>1367 |
|---|---|---|---|

| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY  [ ] AT LARGE | [ ] FELONY  [ ] DV | [ ] JUVENILE  [ ] MISDEMEANOR |
|---|---|---|---|---|
| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY  [ ] AT LARGE | [ ] FELONY  [ ] DV | [ ] JUVENILE  [ ] MISDEMEANOR |
| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY  [ ] AT LARGE | [ ] FELONY  [ ] DV | [ ] JUVENILE  [ ] MISDEMEANOR |

| JUV only | Relation | Name | Street | Zip | Phone | Contacted? |
|---|---|---|---|---|---|---|

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. F/2-FIREARM/WEAPON/AMMUN/POSN/CONVTD FELON/ DELINQUENT | F.S. | 1 | 790.23(1) | | | 00245200 | N | |
| 2. F/3-GRAND THEFT 3RD FIREARM | F.S. | 1 | 812.014(2)(C)5 | | | 0006230G | N | |
| 3. M/1-TRESPASS PROPERTY/AFTER WARNING | F.S. | 1 | 810.09(1)(A)(1) | | | 90000071 | N | |
| 4. L/0-OBSTRUCTION OF FREE PASSAGE/SIDEWALK/MIAMI | ORD | 1 | | 54-2(C) | 001 | 95000060 | N | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 05 day of JULY, 2024, at 15:00 at 959 SW 4TH ST. MIAMI, FL, 33130

███████████████████████████

| HOLD FOR OTHER AGENCY VERIFIED BY | [ ] HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | [ ] I Understand that... court as required... notice concerning... sent to the above... of the Court (Juve... changes. [ ] You need not app... instructions on the... |
|---|---|---|

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-CR-20074

EXHIBIT NO. 2

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

_B██29067_

HERNANDEZ, R: Court ID: 001-29067 MPD

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 06 DAY OF JULY, 2024

POLANCO, J: Court ID: 001-40468 MPD

20242546174

Report Generated at 07/06/2024 06:28:46



1100754366

| OBTS NUMBER<br>1302372842 | **COMPLAINT/ARREST AFFIDAVIT<br>CONTINUATION** | POLICE CASE NO.<br>2407050046035 |
|---|---|---|

| JAIL NO.<br>240145793 | COURT CASE NO.<br>F24014059 |
|---|---|

| SPECIAL<br>OPERATION: | [X] FELONY   [X] MISD   [ ] TRAFFIC<br>[ ] WARRANT | [ ] JUV  [ ] DV<br>FUGITIVE WARRANT: | [ ] MOVES   [ ] CIV INF<br>[ ] In State  [ ] Out State | JAIL NO.<br>240145793 | PMHD<br>UNK | COURT CASE NO.<br>F24014059 |
|---|---|---|---|---|---|---|

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE)<br>M▇▇▇, S▇▇ | DOB (MM/DD/YYYY)<br>▇▇ 1997 |
|---|---|

| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY  [ ] AT LARGE | [ ] FELONY  [ ] DV | [ ] JUVENILE  [ ] MISDEMEANOR |
|---|---|---|---|---|
| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY  [ ] AT LARGE | [ ] FELONY  [ ] DV | [ ] JUVENILE  [ ] MISDEMEANOR |

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |

COMPLAINT/ARREST AFFIDAVIT CONT.

| HOLD FOR OTHER AGENCY VERIFIED BY | [ ] HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | [ ] I Understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. |
|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.<br><br>*[signature]* 29067<br><br>HERNANDEZ, R: Court ID: 001-29067 | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 06 DAY OF JULY, 2024<br><br>*[signature]*<br><br>POLANCO, J: Court ID: 001-40468 | [ ] You need not appear in court, but must comply with the instructions on the reverse side hereof |

20242546174

Report Generated at 07/06/2024 06:28:46

Mantilla_000002



1100754366

| OBTS NUMBER<br>1302372842 | **COMPLAINT/ARREST AFFIDAVIT**<br>**CONTINUATION** | POLICE CASE NO.<br>2407050046035 |
|---|---|---|

| JAIL NO.<br>240145793 | COURT CASE NO.<br>F24014059 |
|---|---|

| SPECIAL OPERATION: | [X] FELONY  [X] MISD  [ ] TRAFFIC  [ ] JUV  [ ] DV<br>[ ] WARRANT    FUGITIVE WARRANT: [ ] MOVES [ ] CIV INF<br>[ ] In State [ ] Out State | JAIL NO.<br>240145793 | PMHD<br>UNK | COURT CASE NO.<br>F24014059 |
|---|---|---|---|---|

**COMPLAINT/ARREST AFFIDAVIT CONT.**

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE)<br>M████, S███ | DOB (MM/DD/YYYY)<br>██/1997 |
|---|---|

| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
|---|---|---|---|---|
| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 9. | | | | | | | | |
| 10. | | | | | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |

OFFICERS USING BODY-WORN CAMERA:
HERNANDEZ, R: Court ID: 001-29067

| HOLD FOR OTHER AGENCY VERIFIED BY | [ ] HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | [ ] I Understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. |
|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.<br>*[signature]* 29067<br><br>HERNANDEZ, R: Court ID: 001-29067 | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS **06** DAY OF JULY, 2024<br>*[signature]*<br>POLANCO, J: Court ID: 001-40468 | [ ] You need not appear in court, but must comply with the instructions on the reverse side hereof.<br><br>Mantilla  000003 |

20242546174        Report Generated at 07/06/2024 06:28:46        Page 3 of 3